# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 21-00488JVS(PVCx) | Date May 18, 2021 |
| Title Breanan Prototype Daughter v Sean Famoso, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:** (In Chambers)     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than May 28, 2021 why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__ Proof of service of Complaint and/or
__X__ Answer by the defendant(s) or plaintiff's request for entry of default.

On April 13, 2021 this Court issued an Order to Show Cause for Dismissal. On April 23, 2021 the Plaintiff filed what is titled on the docket as a reply to the order to show cause. On April 23, 2021, the Court issued a minute order regarding improper service [20] continuing the Order to Show Cause to May 14, 2021. To date, the plaintiff has not responded. Plaintiff has one last chance to properly servie the defendant.

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**The Scheduling Conference set for May 24, 2021 at 11:30 a.m. is ordered VACATED.**

:   0

Initials of Preparer   lmb